UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00012-17 |
| | ) | JUDGE SHARP |
| ROBERT LIGON | ) | |

## ORDER

Pending before the Court is a Motion For Reduction of Sentence (Docket Nos. 2729 and 2773), filed by the defendant *pro se.* Through the motions, the defendant seeks a sentencing reduction based on Amendment 782 to the United States Sentencing Guidelines, which became effective November 1, 2014, as well as on other grounds.

Pursuant to 18 U.S.C. § 3006A, the Court appoints the Federal Public Defender's Office to represent the Defendant, or if necessary, to designate a member of the Federal Defender's Panel to represent the Defendant.

The Probation Office shall prepare a revised Presentence Investigation Report and provide a copy to counsel for the parties. Counsel for the Defendant shall file any supplemental briefs in support of the reduction request within twenty-one (21) days of receipt of the revised Presentence Investigation Report, and the Government shall respond within fourteen (14) days. The Court encourages the parties to attempt to agree upon the appropriateness of granting the requested relief.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE